LAW LIBRARY

NO. 29839

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

ALVIN J. K. KAPAHUA, JR., Petitioner/Defendant-Appellant

2010 JUN -2 AM 7:56 FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 08-1-0366)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner/defendant-appellant Alvin J. K. Kapahua, Jr.'s application for writ of certiorari, filed may 6, 2010, is hereby rejected.

DATED:   Honolulu, Hawai‘i, June 2, 2010.

Taryn R. Tomasa,
Deputy Public Defender,
for petitioner/defendant-
appellant

FOR THE COURT:

Chief Justice

---

[1]Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.